```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  RONNIE KASSEL et al.,                                    :
                                                           :
                              Plaintiffs,                  :
                                                           :   23-CV-5211 (VSB)
                  -against-                                :
                                                           :        ORDER
  CITY OF NEW YORK and NEW YORK                            :
  CITY POLICE DEPARTMENT,                                  :
                                                           :
                              Defendants.                  :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On December 12, 2023, the parties filed an amended proposed case management plan. (Doc. 24.) The parties checked the box indicating that they consented "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c)." (*Id.* at ¶ 1.) However, the parties have not submitted the AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85 form, available at [https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge,](https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge,) on or before December 20, 2023. If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file a corrected proposed case management plan and scheduling order on or before December 20, 2023.

SO ORDERED.

Dated: December 13, 2023
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge