UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONNIE KASSEL, et al.,

                        Plaintiffs,

     -against-

CITY OF NEW YORK, et al.,

                       Defendants.

23-CV-5211 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

       Before me is the parties' joint request that the Court approve their settlement agreement in this case (the "Settlement Agreement"), a fully executed copy of which was submitted on January 26, 2024 (ECF 31-1). This case is an action for money damages under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. ("FLSA"). A federal court must determine whether settlement of an FLSA case before the court is fair and reasonable and the subject of an arms'-length negotiation, as opposed to an employer's overreaching. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). I have carefully reviewed the Settlement Agreement, as well as the parties' thorough letter addressing whether the Settlement Agreement is fair and reasonable (ECF 31). I have considered, without limitation, the prior proceedings; the risks, burdens, and costs of continuing the action; the range of possible recoveries; whether the Settlement Agreement is the product of arms'-length bargaining between experienced counsel or parties; the possibility of fraud or collusion; and the reasonableness of the attorneys' fees to be paid. Considering all these factors, I find that the Settlement Agreement is fair and reasonable. The Settlement Agreement hereby is approved. The Clerk of Court is respectfully directed to close this case.

     Dated: February 5, 2024
     New York, New York

                       So Ordered.

                       _____

                       **ROBYN F. TARNOFSKY**
                       **United States Magistrate Judge**